**FILED**

SEP 20 2005

ERK, U.S. DISTRICT COURT
RN DISTRICT OF CALIFOR

Gail Ganaja (SBN 151051) for
RAVIS & MARTIN
Mark Ravis, M.D., J.D., (SBN 137479)
270 N. Canon Drive, Third Floor
Beverly Hills, California 90210
Cellphone: (310) 408-9865
Telephone: (310) 246-3816 (leave message with Jorge Reyes, Esq.)
Facsimile: (310) 246-3819

Attorneys for Plaintiffs, Beverly Bittner; Estate of Donald Swisher; and Linette Covarrubias as Guardian Ad Litem for Anthony Covarrubias, Eric Covarrubias, Sabrina Covarrubias, Alexander Covarrubias, Dante Covarrubias.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

BEVERLY BITTNER; ESTATE OF DONALD SWISHER; and LINNETTE COVARRUBIAS as GUARDIAN AD LITEM FOR ANTHONY COVARRUBIAS, ERIC COVARRUBIAS, SABRINA COVARRUBIAS, ALENXANDER COVARRUBIAS, DANTE COVARRUBIAS,

Plaintiffs,

vs.

TERESA SCHWARTZ, Warden, California Medical Facility; SGT. WALKER; CORRECTIONAL OFFICER VAN; CORRECTIONAL OFFICER MAY; CORRECTIONAL OFFICER MILES, CORRECTIONAL OFFICER COOZ; CORRECTIONAL OFFICER PHAM; CORRECTIONAL OFFICER ARCHER; XUEWIE ZHU, M.D.; WESLEY McALLISTER, M.D.; and
DOES 1 - 100, inclusive,

Defendants.

CASE NO:   CIV. S-04-1901 LKK/KJM

Hon. Lawrence K. Karlton

**STIPULATION TO TAKE DEPOSITION OF WITNESS IN LOCAL CUSTODY; ~~PROPOSED~~ ORDER.**

(F.R.C.P. 30(a); Cal. Civ. Pro. Code §§ 1995-1997.)

///

///

Stipulation for Deposition of Witness in Local Custody; ORDER

1

1  Wherein:

2  1. This Civil Rights case arises from the death of Donald Swisher from Acute
3     Bronchopneumonia while in custody at California Medical Facility in Vacaville;
4  2. Dennis Barnes is believed to be a percipient witness in this case, to wit, Mr. Barnes
5     personally witnessed the deceased's physical state shortly before his death and
6     personally assisted the deceased with requests for medical care;
7  3. Dennis Barnes is presently in custody at Humboldt County Correctional Facility, 826
8     Fourth Street, Eureka, CA 95501 (Attn. Sgt. Karen Lovie, (707) 441-5100);
9  4. The parties have agreed to a deposition date for Dennis Barnes of October 4, 2005 at
10    9:30 a.m. at Humboldt County Correctional Facility in Eureka; and
11 5. The Humboldt County Jail will not make Dennis Barnes available for deposition
12    without a court order.

13 For good cause shown herein, the Parties hereby Stipulate that the foregoing demonstrates
14 the requirements pursuant to the Rule 30(a) of the Federal Rules of Civil Procedure and California
15 Code of Civil Procedure, sections 1995-1997, for a court order for deposition of a person in local
16 custody.

17

18 Dated: September 7, 2005.                    /s/
                                                Gail Ganaja for RAVIS & MARTIN,
19                                              Attorneys for Plaintiffs, BEVERLY BITTNER;
                                                ESTATE OF DONALD SWISHER; and LINNETTE
20                                              COVARRUBIAS as GUARDIAN AD LITEM FOR
                                                ANTHONY COVARRUBIAS, ERIC
21                                              COVARRUBIAS, SABRINA COVARRUBIAS,
                                                ALENXANDER COVARRUBIAS, DANTE
22                                              COVARRUBIAS.

23 ///
24 ///
25 ///
26 ///
27 ///
28

Stipulation for Deposition of Witness in Local Custody
2

Dated: September 8, 2005.                    /s/ (as authorized by telephone on 9/8/05)
                                             Tom Blake
                                             Deputy Attorney General
                                             Attorneys for Defendants, TERESA SCHWARTZ,
                                             Warden, California Medical Facility; SGT. WALKER;
                                             CORRECTIONAL OFFICER VAN;
                                             CORRECTIONAL OFFICER MAY;
                                             CORRECTIONAL OFFICER MILES,
                                             CORRECTIONAL OFFICER KOOS (erroneously sued
                                             as CORRECTIONAL OFFICER COOZ);
                                             CORRECTIONAL OFFICER PHAM;
                                             CORRECTIONAL OFFICER ARCHER; XUEWIE
                                             ZHU, M.D.; WESLEY McALLISTER, M.D.

This Court, having found good cause for the taking of the deposition of Donald Barnes, presently in custody in Humboldt County Correctional Facility,

IT IS ORDERED that the deposition of Dennis Barnes take place on October 4, 2005 at 9:30 a.m. at Humboldt County Correctional Facility, 826 Fourth Street, Eureka, CA 95501.

Dated: 9/20/05

HON. LAWRENCE K. KARLTON
Senior United States District Judge
U.S. Magistrate Judge