UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEVERLY BITTNER; ESTATE OF
DONALD SWISHER; and ANTHONY
COVARRUBIAS, ERIC COVARRUBIAS,
SABRINA COVARRUBIAS, ALEXANDER
COVARRUBIAS, and DANTE
COVARRUBIAS, by and through
their Guardian ad Litem
LENETTE COVARRUBIAS,

                                      NO. CIV. S-04-1901 LKK/KJM

       Plaintiffs,

   v.                             O R D E R

TERESA SCHWARTZ, Warden, California
Medical Facility; SGT. WALKER;
CORRECTIONAL OFFICER VAN;
CORRECTIONAL OFFICER MAY;
CORRECTIONAL OFFICER MILES;
CORRECTIONAL OFFICER COOZ;
CORRECTIONAL OFFICER PHAM;
CORRECTIONAL OFFICER ARCHER;
XUEWIE ZHU, M.D.; and WESLEY
McALLISTER, M.D.,

       Defendants.
_____/

////

////

1

1   The court is in receipt of the joint request to extend

2 deadlines.  After a telephonic Status Conference with the parties,

3 the court ORDERS that Status Order is MODIFIED as follows:

4   Exchange and filing of expert reports:  December 21, 2005

5   Discovery motion cut off:  February 6, 2006

6   Law and Motion cut off:  April 6, 2006

7   Pretrial Conference:   July 10, 2006 at 2:00 p.m.

8   Trial:       October 11, 2006 at 10:30 a.m.

9   IT IS SO ORDERED.

10   DATED:  November 2, 2005

11           /s/Lawrence K. Karlton

            LAWRENCE K. KARLTON

12           SENIOR JUDGE

            UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26