UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEVERLY BITTNER; ESTATE OF
DONALD SWISHER; and ANTHONY
COVARRUBIAS, ERIC COVARRUBIAS,
SABRINA COVARRUBIAS, ALEXANDER
COVARRUBIAS, and DANTE
COVARRUBIAS, by and through
their Guardian ad Litem
LENETTE COVARRUBIAS,

                                                        NO. CIV. S-04-1901 LKK/KJM

     Plaintiffs,

  v.                                                O R D E R

TERESA SCHWARTZ, Warden, California
Medical Facility; SGT. WALKER;
CORRECTIONAL OFFICER VAN;
CORRECTIONAL OFFICER MAY;
CORRECTIONAL OFFICER MILES;
CORRECTIONAL OFFICER COOZ;
CORRECTIONAL OFFICER PHAM;
CORRECTIONAL OFFICER ARCHER;
XUEWIE ZHU, M.D.; and WESLEY
McALLISTER, M.D.,

     Defendants.
                                   /

////

////

1

1  The court is in receipt of the joint request to extend
2 deadlines for the filing of expert reports.  The court also
3 conferred with the parties by telephone on January 10, 2006.  No
4 good cause being shown, the motion to extend deadlines is DENIED.
5 The parties are invited to re-file a formal motion to extend
6 deadlines in which all relevant facts and events are set forth.
7  IT IS SO ORDERED.
8  DATED: January 13, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT