1  Law Office of Mark Ravis
   Mark Ravis, M.D., J.D., (SBN 137479)
2  11500 Olympic Blvd., Ste. 400
   Cellphone: (310) 408-9865
3  Telephone: (310) 651-6131
   Facsimile: (310) 444-3044
4
   Attorneys for Plaintiffs, Beverly Bittner; Estate of Donald Swisher; and Linette Covarrubias as
5  Guardian Ad Litem for Anthony Covarrubias, Eric Covarrubias, Sabrina Covarrubias, Alexander
   Covarrubias, Dante Covarrubias.
6

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA**

9

10 | BEVERLY BITTNER; ESTATE OF | CASE NO:   CIV. S-04-1901 LKK/KJM |
   | DONALD SWISHER; and LINNETTE |  |
11 | COVARRUBIAS as GUARDIAN AD | Hon. Lawrence K. Karlton |
   | LITEM FOR ANTHONY COVARRUBIAS, |  |
12 | ERIC COVARRUBIAS, SABRINA |  |
   | COVARRUBIAS, ALENXANDER |  |
13 | COVARRUBIAS, DANTE |  |
   | COVARRUBIAS, |  |
14 |  | **REQUEST BY ALL PLAINTIFFS FOR** |
   | Plaintiffs, | **AN ORDER DISMISSING THE** |
15 |  | **COMPLAINT (FRCP 41; L.R. 16-160)** |
   | vs. |  |
16 |  |  |
   | TERESA SCHWARTZ, Warden, California |  |
17 | Medical Facility; SGT. WALKER; |  |
   | CORRECTIONAL OFFICER VAN; |  |
18 | CORRECTIONAL OFFICER MAY; |  |
   | CORRECTIONAL OFFICER MILES, |  |
19 | CORRECTIONAL OFFICER COOZ; |  |
   | CORRECTIONAL OFFICER PHAM; |  |
20 | CORRECTIONAL OFFICER ARCHER; |  |
   | XUEWIE ZHU, M.D.; WESLEY |  |
21 | McALLISTER, M.D.; and |  |
   | DOES 1 - 100, inclusive, |  |
22 |  |  |
   | Defendants. |  |
23 |  |  |

24   TO THE UNITED DISTRICT COURT, CALIFORNIA EASTERN DISTRICT

25 (SACRAMENTO) AND TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

26   PLEASE TAKE NOTICE that Plaintiffs Beverly Bittner; Estate of Donald Swisher; and

27 Linette Covarrubias as Guardian Ad Litem for Anthony Covarrubias, Eric Covarrubias, Sabrina

28
Request by All Plaintiffs for Order Dismissing the Complaint
1

1  Covarrubias, Alexander Covarrubias, Dante Covarrubias request the Court for an order dismissing
2  the complaint with prejudice.  (F.R.C.P., Rule 41(a)(2).)

4  Dated: July 18, 2006.                              /s/ Mark Ravis

   Mark Ravis, the Law Office of Mark Ravis,
   Attorneys for Plaintiffs, BEVERLY BITTNER;
   ESTATE OF DONALD SWISHER; and LINNETTE
   COVARRUBIAS as GUARDIAN AD LITEM FOR
   ANTHONY COVARRUBIAS, ERIC
   COVARRUBIAS, SABRINA COVARRUBIAS,
   ALENXANDER COVARRUBIAS, DANTE
   COVARRUBIAS.

10  It is so ordered.
11   DATED: July 20, 2006

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

# PROOF OF SERVICE

I am employed in the County of Los Angeles and I am a resident thereof. I am over the age of eighteen and not a party to the within action; my business address is 11500 Olympic Blvd., Ste. 400, Los Angeles, CA 90064.

On July 18, 2006, I served the following documents described as:

**REQUEST BY ALL PLAINTIFFS FOR AN ORDER DISMISSING THE COMPLAINT (FRCP 41; L.R. 16-160)**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached List**

[X]   **BY MAIL**: I deposited such envelope in the mail at Redondo Beach, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **BY OVERNIGHT DELIVERY**: I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[ ]   **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (310) 444-3044. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error before 5:00 p.m..

☐   **BY HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the office of the addressee(s) indicated.

☐   **PERSONAL DELIVERY**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this July 18, 2006 at Redondo Beach, California.

/s/ Gail Ganaja
Gail Ganaja

**SERVICE LIST**

Tom Blake
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664
Telephone: (415) 703-5506
Facsimile: (415) 703-5480
Attorneys for Defendants